John Du Wors, State Bar No. 233913
duwors@newmanlaw.com
NEWMAN DU WORS LLP
1201 Third Avenue, Suite 1600
Seattle, WA 98101
Telephone: (206) 274-2800
Facsimile: (206) 274-2801

Attorneys for Plaintiffs / Counter-Defendants

Timothy J. Walton (State Bar No. 184292)
LAW OFFICES OF TIMOTHY WALTON
9515 Soquel Drive Suite #207
Aptos, CA 95003
Phone: (831) 685-9800
Fax: (650) 618-8687

Daniel L. Balsam (State Bar No. 260423)
THE LAW OFFICES OF DANIEL BALSAM
2912 Diamond Street #218
San Francisco, CA 94131
Tel. & Fax: (415) 869-2873

Attorneys for Defendants / Counter-Claimants

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)**

| | |
|---|---|
| Davison Design & Development Inc., a Pennsylvania corporation, XL Marketing Corp., a Delaware corporation, Spire Vision Holdings, Inc., a Delaware corporation, ProAdvertisers, LLC, a Delaware Limited Liability Company, Prime Advertisers, LLC, and MediActivate, LLC, Nevada Limited Liability Companies, and ConnectionCentrals, a Delaware Series Limited Liability Company,<br><br>          Plaintiffs,<br><br>     v.<br><br>Catherine Riley, an individual,<br><br>          Defendant. | No. 3:11-cv-02970 (EDL)<br><br>[~~PROPOSED~~]<br>**STIPULATION AND ORDER CONSOLIDATING CASE NO. 3:11-cv-02970 (EDL) WITH CASE NO. 3:11-cv-05107 (MEJ) AS MODIFIED** |

1
PARTIES' STIP. FOR ADMIN. RELIEF CONSOLIDATING CASES — 3:11-cv-02970-EDL

| | |
|---|---|
| CATHY RILEY, an individual, | ) ) |
| Counter-Claimant, | ) ) ) |
| vs. | ) ) |
| SPIRE VISION HOLDINGS INC., a Delaware corporation, *et al*, | ) ) ) ) |
| Counter-Defendants. | ) ) ) |

## I. RELIEF REQUESTED

The Parties who have appeared in this matter and who have not been dismissed, and the Parties in *XL Marketing Corp. et al. v. Kristina Kirby*, No. 3:11-cv-05107 (MEJ), jointly request that the cases be consolidated. Each case involves similar claims, law, and facts.

## II. STIPULATION

1. Plaintiffs Davison Design & Development, Inc. et al., ("Davison") and the Spire Vision Plaintiffs are business entities who received letters from Defendant "Catherine" (actually, "Cathy") Riley ("Riley") demanding damages based on receiving allegedly unlawful emails.

2. The Plaintiffs in case no. 3:11-cv-05107 (MEJ) (XL Marketing Corp. *et al*, also Spire Vision entities), are business entities who received letters from Defendant Kristina Kirby ("Kirby") demanding damages based on receiving allegedly unlawful emails.

3. Davison and the Spire Vision Plaintiffs filed suit against Riley seeking declaratory relief in case no. 3:11-cv-02970 (EDL).

4. XL Marketing Corp. and the other Spire Vision Plaintiffs filed suit against Kirby seeking declaratory relief and damages in case no. 3:11-cv-05107 (MEJ).

5. Counsel for Riley and Kirby are the same.

6. Counsel for XL Marketing (and the other Spire Vision Plaintiffs) and Davison are the same.

7. The cases present the same or similar legal issues and are based on similar facts.

8. On December 12, 2011, Riley and Kirby filed joint counter-claims in this Action, which were replaced by Riley's First Amended Counter-Claims in this Action.

9. Riley and Kirby stipulate that, if the cases are consolidated, they will not move to remand to State court.

10. The Parties stipulate that, if the cases are consolidated, Kirby has been properly served as of the date of consolidation.

11. The Parties stipulate that, if the cases are consolidated, all defaults as to these Parties are set aside.

12. If the cases are consolidated, Riley will have leave to amend her First Amended Counter-claims (Docket #27) in order to file her [Proposed] Second Amended Counter-claims, attached as Exhibit "A," which she will promptly do as soon as this Order is signed. Counter-Defendants will respond within twenty (20) days of filing.

13. Counsel for Plaintiffs stipulates that, if the cases are consolidated, Plaintiffs in the Kirby action will promptly file a First Amended Complaint, removing the first cause of action (declaratory relief as to the CAN-SPAM Act) and the third cause of action (tortious interference).

14. If the cases are consolidated, Kirby will withdraw her Rule 12 Motion, currently set for hearing on March 9, 2012. Kirby and Riley stipulate that they will not move for dismissal based on Fed.R.Civ.P.12(b)(1-5, 7), nor in any other way challenge jurisdiction, venue, or service of process, but may move to dismiss on any other basis. Plaintiffs understand and agree that Kirby may refile a Rule 12 Motion, but she will not move for dismissal based on FRCP 12(b)(1), (2), (3), (4), (5), or (7). Kirby may move to dismiss or challenge the First Amended Complaint on any other basis.

15. Counsel for Plaintiffs stipulates that, if the cases are consolidated, other Spire Vision entities – Caivis Acquisition Corp. II, Caivis Acquisition Corp. III, Spire Vision LLC, SilverInteractive, Digital Publishing Corp., Ward Media Inc., and *OnDemandResearch.com* – have been properly served as of the date that Riley files Second Amended Counter-Claims and Kirby files Counter-Claims.

16. The parties stipulate that the case schedule in case no. 3:11-cv-02970 (EDL) shall apply to the consolidated matter, except that expert

1 witness disclosures are due May 15, 2012.

2. 17. Judicial economy and the Parties' interests are served by consolidation of the cases.

PURSUANT TO STIPULATION, IT IS SO ORDERED. IT IS FURTHER ORDERED that Case No. 11-5107 EMC is related to, and after reassignment will be consolidated with, No. 11- 2970 EDL, which is the lead case on the consolidated docket; the parties in the 11-5107 action must file a consent or declination to appear before a United States Magistrate Judge by March 15, 2012; the parties shall file a notice of withdrawal of pending motions and a joint request to set aside entry of default pursuant to this Order on stipulation; and Counterclaimant Riley is granted leave to file her Second Amended Counterclaims in the 11-2970 action and Plaintiffs are granted leave to file a First Amended Complaint in the 11-5107 action. The parties must file the appropriate pleadings on the docket.

Dated: March 8, 2012

SUBMITTED and STIPULATED this 6th day of March, 2012.

**NEWMAN DU WORS LLP**

/s/ John Du Wors
John Du Wors (State Bar No. )
Attorneys for Plaintiffs / Counter-Defendants

**LAW OFFICES OF TIMOTHY WALTON**

/s/ Timothy J. Walton
Timothy J. Walton (State Bar No. 184292)
Attorneys for Defendants / Counter-Claimants

**THE LAW OFFICES OF DANIEL BALSAM**

/s/ Daniel L. Balsam
Daniel L. Balsam (State Bar No. 260423)
Attorneys for Defendants / Counter-Claimants

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED, Elizabeth D. Laporte, United States Magistrate Judge Elizabeth D. Laporte]*