| | |
|---|---|
| 1 | John Du Wors, State Bar No. 233913 |
| | duwors@newmanlaw.com |
| 2 | NEWMAN DU WORS LLP |
| | 1201 Third Avenue, Suite 1600 |
| 3 | Seattle, WA 98101 |
| 4 | Telephone: (206) 274-2800 |
| | Facsimile: (206) 274-2801 |
| 5 | |
| 6 | Attorneys for Plaintiffs |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Davison Design & Development Inc. et al., | No. 11-2970-EDL |
| | No. 11-5107-EMC |
| Plaintiffs/Counter-Defendants, | |
| v. | Lead Case No. 11-2970-EDL |
| | ORDER ON |
| Cathy Riley, an individual, | **JOINT REQUEST TO SET** |
| | **ASIDE ENTRY OF** |
| Defendant/Counter-Plaintiff. | **DEFENDANT'S DEFAULT** |
| Cathy Riley, an individual, and Kristina Kirby, an individual, | |
| Counter-Claimants, | |
| v. | |
| OnDemandResearch.com et al., | |
| Counter-Defendants. | |
| XL Marketing Corp. et al., | |
| Plaintiffs, | |
| v. | |
| Kristina Kirby, an individual, | |
| Defendant. | |

In accordance with the Stipulation and Order Consolidating Case No. 3:11-cv-02970 with Case No. 3:11-cv-05107 (Docket #24 on this case number), the Parties jointly

1

**JOINT REQUEST TO SET ASIDE ENTRY OF DEFENDANTS' DEFAULT—CV-11-2970-EDL**

request that this Court set aside the default of Defendant Kristina Kirby to Plaintiffs Davison Design & Development Inc. *et al*'s Complaint (Docket #15).

**NEWMAN DU WORS LLP**

Dated: Mar. 12, 2012

*/s/ John Du Wors*
John Du Wors
Attorneys for Counter-Defendants Davison Design & Development Inc. et al

**THE LAW OFFICES OF DANIEL BALSAM**

Dated: Mar. 12, 2012

/s/ Daniel L. Balsam (by permission)
Daniel L. Balsam
Attorneys for Counter-Claimant Cathy Riley

### ORDER

Pursuant to stipulation, IT IS HEREBY ORDERED that the default entered against Defendant Kristina Kirby in case number 11-5107 EDL be set aside. Defendant's motion to set aside entry of default is hereby denied as moot (doc. no. 16).

Dated: March 16, 2012

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA