United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVISON DESIGN

       Plaintiff(s),

    v.

CATHERINE RILEY

       Defendant(s).
_____/

No. 11-02970 EDL
11-05107 EDL

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT a Case Management Conference has been set for April 5, 2012, at 10:00

a.m. before Magistrate Judge Elizabeth D. Laporte in Courtroom E, 15th Floor, 450 Golden Gate Ave.,

San Francisco, California.

Dated:  March 28, 2012

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
      Kristen Seib
      Courtroom Deputy